UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>v.<br><br>PREMIUM AUTO-TECH INC., et al.,<br><br>        Defendants. | Case No. 18-cv-05573-SK<br><br>**ORDER VACATING DEADLINES AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 28 |

On November 15, 2019 Plaintiff Samuel Love and Defendant Premium Auto-Tech Inc. filed a notice of settlement and requested that the Court vacate all dates. The Court HEREBY VACATES all pending deadlines and SETS a case management conference for 1:30 p.m. on February 3, 2020. If the parties have not dismissed this case by February 3, 2020, the Court will reset case deadlines at that time.

**IT IS SO ORDERED**.

Dated: November 15, 2019

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge